IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | |
|---|---|
| Beattie B. Ashmore, In His Capacity as Court-Appointed Receiver for the Three Hebrew Boys, | ) <br> ) C/A No. 3:13-0054-MBS <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) **O R D E R** |
| Paul Blue and Anita Blue, | ) <br> ) |
| Defendants. | ) <br> ) |

  Plaintiff Beattie B. Ashmore, in his capacity as court-appointed Receiver for the Three Hebrew Boys, filed a complaint on January 4. 2013, alleging that Defendants Paul Blue and Anita Blue profited in the amount of $291,737.55 as the result of participating in a fraudulent investment scheme perpetrated by Tony Pough, Joseph Brunson, and Timothy McQueen, also known as the "Three Hebrew Boys." Plaintiff asserts causes of action for fraudulent transfer, unjust enrichment, imposition of an equitable mortgage/deed of trust, constructive/resulting trust, and equitable lien. Defendant did not plead to or otherwise defend against the complaint. On March 5, 2013, at the request of Plaintiff, the Clerk entered default as to Defendants.

  This matter now is before the court on Plaintiff's motion for a default judgment, which motion was filed on March 5, 2013. Defendants have not responded to Plaintiff's motion. It appearing to the court that Plaintiff is entitled to judgment for the sums demanded in the complaint,

  IT IS ORDERED that judgment be entered in favor of Plaintiff in the amount of $291,737.55, plus interest at the legal rate. The court is informed that Plaintiff waives his request for attorneys'

fees and costs.

    **IT IS SO ORDERED**.

                                         /s/ Margaret B. Seymour  
                                         Senior United States District Judge

Columbia, South Carolina

April 8, 2013