AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Beattie B. Ashmore, in his Capacity as Court-Pppointed Receiver for The Three Hebrew Boys<br>*Plaintiff*<br>v.<br>Paul Blue and Anita Blue<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   3:13-0054-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff <u>Beattie B. Ashmore</u> recover from the defendants <u>Paul Blue and Anita Blue</u> the amount of <u>Two Hundred Ninety-One Thousand, Seven Hundred Thirty-Seven and 55/100</u> dollars ($291,737.55), plus postjudgment interest at the rate of <u> .13 </u> %.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❐ other:


This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge.


Date:   April 8, 2013                                                *CLERK OF COURT*

                                                                     s/Angie Snipes
                                                          _____
                                                          *Signature of Clerk or Deputy Clerk*